**Noah Bishop, OSB 092871**
Of Bankruptcy Counsel for Debtor
Law Offices of Alexzander C. J. Adams, P.C.
14705 SW Millikan Way
Beaverton, OR 97006
Noah@ACJALaw.com
Fax:    (888) 588-5410
Office:(503) 278-5400

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In Re | ) Case No. <u>18-32869-tmb13</u> |
| | ) |
| Christopher Brent Nicolet | ) |
| Maranda Jae Nicolet | ) |
| | ) DEBTORS' NOTICE OF SECTION 329 |
| | ) STATEMENT |
| Debtor(s) | ) |

## DISCLOSURE OF COMPENSATION OF
## ATTORNEY FOR DEBTOR

**1.** Under 11 U.S.C. § 329(a) and FRBP 2016(b), I certify that I am special counsel for debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows: prior to the filing of this

PAGE 1 OF 3 - DEBTOR'S NOTICE OF SECTION 329 STATEMENT
BANKRUPTCY CASE NO. <u>18-32869-tmb13</u>

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:    888-588-5410
Office: 503-278-5400

Case 18-03113-tmb    Doc 4    Filed 11/19/18

statement I have received $0.00 in this proceeding to prosecute TD Bank N.A.. See attached professional services agreements for rates.

**2.** No filing fee paid by debtor.

**3.** $0.00 was paid prior to filing in this proceeding to prosecute TD Bank N.A..

**4.** The source of compensation to be paid to me is debtor. Alexzander C.J. Adams PC reserves the right to later seek reimbursement for fees, costs, and expenses from TD Bank N.A. by settlement or court order.

**5.** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

**6.** In return for the above-disclosed fee, I have agreed to render legal services in this specific proceeding to prosecute TD Bank N.A..

**7.** By agreement with the debtor, the above-disclosed fee does not include the following service: the professional services agreement does not include legal services for any aspect of the bankruptcy case except those in this specific proceeding to prosecute TD Bank N.A.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: November 15, 2018

                                                **RESPECTFULLY FILED,**

                                                /s/ Noah Bishop on behalf of
                                                Alexzander CJ Adams

PAGE 2 OF 3 - DEBTOR'S NOTICE OF SECTION 329 STATEMENT
BANKRUPTCY CASE NO. 18-32869-tmb13

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax: 888-588-5410
Office: 503-278-5400

Case 18-03113-tmb    Doc 4    Filed 11/19/18

OSB# 092871
Of Bankruptcy Counsel for Debtor
Law Offices of Alexzander C. J. Adams, P.C.
14705 SW Millikan Way
Beaverton, OR 97006
Noah@ACJALaw.com
Office (503) 278-5400

PAGE 3 OF 3 - DEBTOR'S NOTICE OF SECTION 329 STATEMENT
BANKRUPTCY CASE NO. 18-32869-tmb13

Case 18-03113-tmb    Doc 4    Filed 11/19/18

LAW OFFICES OF ALEXZANDER C.J. ADAMS, PC
14705 SW Millikan Way
Beaverton, OR 97006
Noah@acjalaw.com
Fax:     888-588-5410
Office: 503-278-5400

# Law Offices of Alexzander C. J. Adams, P.C.

PROFESSIONAL SERVICES FEE AGREEMENT

I. **The law firm is only paid if it wins.** The Law Offices of Alexzander C. J. Adams, P.C., ("Firm") agrees to represent _Chris and Maranda Nicolet__ ("Client") in consumer litigation.

Specifically, this fee agreement covers the following legal matter:

Chris and Maranda Nicolet v. TD Bank / Target.

If the Firm handles Client's case to completion and recovers money for Client, Client must pay for the Firm's services out of the Client's recovery. If the Firm does not recover any money for Client, Client does not have to pay for the Firm's services. The Firm's fee is a percentage of what it recovers for Client, as explained below.

II. **Scope of representation.** This agreement does not include legal services for any aspect of any case or filing except in this specific consumer litigation matter. The Firm reserves the right to terminate representation and withdraw if, in its opinion, after further investigation, the case lacks merit. Client understands they can review this agreement with another independent attorney and cancel this agreement within 72 hours after signing and owe no obligation.

III. **Never talk about your case.** Never talk about your case to anyone, including family, friends, or the media, without first consulting your attorney. Never write about your case, including text messaging or on the Internet or Facebook. Always immediately provide all documents related to your case to your attorney. Never destroy a document related to your case. Never record a phone call without everyone's consent.

IV. **General provisions and Client Duties.**

1) DUTY TO COOPERATE IN PROSECUTION OF YOUR CASE: Client agrees to cooperate in the investigation of the case.

2) DUTY TO ATTEND ALL REQUIRED COURT HEARINGS: Client agrees to attend a settlement conference if permitted by the judge.

3) DUTY TO PROVIDE TESTIMONY AS NEEDED: Client agrees to tell their story at deposition and trial if necessary.

4) DUTY TO KEEP FIRM CURRENT ON ALL OF YOUR CONTACT INFORMATION: Client agrees to keep the firm advised at all times of their current mailing address, phone number, and email address

throughout the duration of this representation.

5) <u>GRANTING OF POWER OF ATTORENY TO ENDORSE CHECKS</u>: Client grants the firm power of attorney and authorizes the firm to negotiate checks, deposit moneys into trust, represent Client in legal matters, provide case information to the public and the media through email, blog, twitter, in person, at press conferences, and over the phone, and perform other related functions as necessary to assist Client and raise awareness about the case. Signing this agreement grants the firm authority to endorse checks by placing Client's name as endorser and guaranteeing endorsement of a check. Attorney fees and cost fee will be deducted from any negotiated checks before the balance is returned to the Client.

6) <u>DUTY TO EDUCATE YOURSELF ON POTENTIAL TAXABALE CONSEQUENCES OF ANY MONIES RECOVERED</u>: Client agrees to hire an **independent tax professional** to review any tax-related issues resulting from settlement or trial in this case. Client understands that in some circumstances, any gross monetary recovery could be taxable income, subject to an alternative minimum tax, and any expenses incurred in obtaining that recovery (including attorney fees) may only be deductible in certain circumstances. If Client discharges the firm prior to paying the firm the reasonable value of their services, the Firm shall have a lien for its fees on Client's right to recovery arising out of the proceedings.

**V.** **Fees and costs.** If Client settles the case before filing a lawsuit, Client agrees to pay the firm 33% of the total recovery. If Client settles the case after filing a lawsuit but before trial, Client agrees to pay the firm 45% of the total recovery. If Client settles the case after trial while on appeal, Client agrees to pay the Firm 50% of the total recovery. In lieu of the contingency arrangement above, the Firm reserves its right to recover its fees and costs directly by defendant through settlement or by court order under a fee shifting statute. Costs are all charges incurred by the Firm to represent your case (other than attorney, paralegal, and administrative assistant time billings) including but not limited to court reporters, expert witnesses, travel costs, witness fees, exhibit and copying costs, and any other charge incurred in your representation.

**VI.** **Billing.** The Firm reserves its right to be paid a contingency of Client's total recovery, or instead paid its fees, costs, and expenses by defendant under a fee shifting statute through settlement or court order. Time is billed in increments of a tenth of an hour. The Firm will not bill for staff time or general overhead expenses. The Firm's ledger of fees and costs is calculated based on contemporaneously recorded computer-constructed time records and in limited circumstances, reconstructed records developed by reference to litigation files and related documents.

The Firm's current rates are as follows:

| | |
|---|---|
| Alexzander Adams | $435.00 per hour |
| Noah Bishop | $410.00 per hour |
| Jacob Braunstein | $395.00 per hour |
| Paralegals | $195.00 per hour |
| Administrative | $100.00 per hour |

In some very limited circumstances, Client may be subject to sanctions including payment of defendant's costs if Client fails to timely respond to requests for documents or misses a deposition or court appearance. Client understands the firm will not agree to be subject to any confidentiality settlement provision that would in any way limit the ability of the Firm or its attorneys to represent future Clients. Compensation under this agreement has not been agreed to be shared with any other person unless they are listed above or members or attorneys of the Firm.

**VII. SIGNATURE.** By signing below, Client agrees to be bound by the terms of this agreement, and Client acknowledges they have been provided a separate copy of this agreement for their records. Client understands this agreement and the information printed below is public and may be filed with the Court.

/s/ /Chris Nicolet
/s/ Maranda Nicolet

10/27/2018                                    10/31/2018

Chris and Maranda Nicolet
17827 SW Heatherwood Lane
Sherwood, OR 97140
Mcline660@gmail.com
971-570-6054

3